1  David Hilton Wise, Esq.
   Nevada Bar No. 11014
2  **WISE LAW FIRM, PLC**
3  421 Court Street
   Reno, Nevada, 89501
4  (775) 329-1766
   (703) 934-6377
5  dwise@wiselaw.pro

6  Gary E. Mason*
7  **MASON LLP**
   5335 Wisconsin Avenue NW, Suite 640
8  Washington, DC 20015
   Tel: (202) 429-2290
9  gmason@masonllp.com
   dperry@masonllp.com
10 lwhite@masonllp.com
   schowdhury@masonllp.com
11
12 *pro hac vice* forthcoming
   *Counsel for Plaintiff and the Proposed Class*
13

14              **UNITED STATES DISTRICT COURT**
15                 **DISTRICT OF NEVADA**

16 CAMILLE DAVIS, individually and on
   behalf of all others similarly situated,        Case No. 2:23-cv-01932-CDS-DJA
17
18              Plaintiff                          **Order Granting in part and Denying in**
                                                   **part Motion to Withdraw Counsel for**
19        v.                                       **Plaintiff and Exension of Time to File**
                                                   **Verified Pro Hac Vice Application**
20 PERRY JOHNSON & ASSOCIATES, INC.,
21              Defendant                          **[ECF No. 6]**
22
23
24
25        IT IS HEREBY ORDERED that the motion to withdraw  Danielle L. Perry, Lisa A. White, and
26 Salena J. Chowdhury as counsel of record for plaintiff Camille Davis is GRANTED.
27
28

1

2    IT IS FURTHER ORDERED that David Hilton Wise and Gary Mason's request for an

3    additional 14 days to file Mason's verified petition to practice in this district as required by LR IA

4    11-2(e), is DENIED as moot.

     Dated: December 14, 2023

     _____
     Cristina D. Silva
     United States District Judge

ORDER ON MOTION TO WITHDRAW CO-COUNSEL AND
EXTENSION OF TIME TO FILE *PRO HAC VICE* APPLICATION